

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSA ARZATE, | § | No. 08-18-00143-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| MATTHEW MANUEL ANDUJO AND JUAN MIGUEL TORRES, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2017DCV4374) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court are Appellant's motion to abate the appeal and a subsequently filed motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). We grant the motion to dismiss, deny the motion to abate as moot, and dismiss the appeal. Costs are taxed against the parties incurring same.

GINA M. PALAFOX, Justice

October 14, 2019

Before Alley, C.J., Rodriguez, and Palafox, JJ.